CHARLES D. MAY, ESQ.; STATE BAR NO.: 129663
GENE B. SHARAGA, ESQ.; STATE BAR NO.: 131661
BRIAN J. KIM, ESQ.; STATE BAR NO.: 282538

**THARPE & HOWELL, LLP**
15250 Ventura Blvd., Ninth Floor
Sherman Oaks, California 91403
(818) 205-9955; (818) 205-9944 fax
E-Mail: cmay@tharpe-howell.com
E-Mail: gsharaga@tharpe-howell.com
E-Mail: bkim@tharpe-howell.com

Attorneys for Defendants,
LOWE'S HOME CENTERS, LLC

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| JENNIFER BUCHANAN, <br><br> Plaintiff, <br><br> vs. <br><br> LOWE'S HOME CENTERS, LLC; and DOES 1 TO 60, <br><br> Defendants. | CASE NO.: <br><br> (Los Angeles County Superior Court Case No.: BC553403) <br><br> **DEFENDANT LOWE'S HOME CENTERS, LLC'S CERTIFICATION AND NOTICE OF INTERESTED PARTIES** |

Pursuant to *Federal Rules of Civil Procedure*, Rule 7.1 and the Local Rules for the Central District of California, Rule 7.1-1, the undersigned, counsel of record for Defendant LOWE'S HOME CENTERS, LLC certifies that the following listed parties have a direct, pecuniary interest in the outcome of the case:

1.  Lowe's Home Centers, LLC is a manager – managed limited liability corporation with its only member being Lowe's Companies, Inc. Lowe's Companies, Inc., and its shareholders, officers and directors have a pecuniary interest in the outcome of this case.

///

///

///

///

- 1 -
DEFENDANT LOWE'S HOME CENTERS, LLC'S CERTIFICATION AND NOTICE OF
INTERESTED PARTIES

Buchanan v. Lowe's.
Case No.:

These representations are made to enable the Court to evaluate possible disqualification or recusal.

Dated: September 25, 2014                    THARPE & HOWELL, LLP

                                              /s/ Charles May
                                         By: _____
                                              CHARLES D. MAY
                                              GENE B. SHARAGA
                                              BRIAN J. KIM
                                              Attorneys for Defendants
                                              LOWE'S HOME CENTERS, LLC

THARPE & HOWELL, LLP
15250 Ventura Boulevard, Ninth Floor
Sherman Oaks, California 91403-3221

- 2 -

DEFENDANT LOWE'S HOME CENTERS, LLC'S CERTIFICATION AND NOTICE OF INTERESTED PARTIES

Buchanan v. Lowe's.
Case No.:

<div style="writing-mode: vertical">THARPE & HOWELL, LLP
15250 Ventura Boulevard, Ninth Floor
Sherman Oaks, California 91403-3221</div>

<center>**PROOF OF SERVICE**

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES</center>

1. At the time of service I was at least 18 years of age and **not a party to this legal action**.

2. My business address is 15250 Ventura Boulevard, Ninth Floor, Sherman Oaks, CA 91403.

3. I served copies of the following documents (specify the exact title of each document served):

    **LOWE'S HOME CENTERS, LLC'S CERTIFICATION AND NOTICE OF INTERESTED PARTIES**

4. I served the documents listed above in item 3 on the following persons at the addresses listed:

    | Christopher P. Ardalan, Esq.<br>ARDALAN & ASSOCIATES, PLC<br>5950 Canoga Avenue, Suite 610<br>Woodland Hills, CA 91367<br>(818) 702-2570 / (818) 702-2571 (fax) | Attorney for Plaintiff,<br>JENNIFER BUCHANAN |
    |---|---|

5. a. \_\_\_ **By personal service.** I personally delivered the documents on the date shown below to the persons at the addresses listed above in item 4. (1) For a party represented by an attorney, delivery was made to the attorney or at the attorney's office by leaving the documents in an envelope or package clearly labeled to identify the attorney being served with a receptionist or an individual in charge of the office. (2) For a party delivery was made to the party or by leaving the documents at the party's residence between the hours of eight in the morning and six in the evening with some person not less than 18 years of age.

    b.  **By United States mail.** I enclosed the documents in a sealed envelope or package addressed to the persons at the addresses in item 4 and *(specify one):*

    (1) \_\_\_ deposited the sealed envelope with the United States Postal Service, with the postage fully prepaid on the date shown below, or

    (2) ☑ placed the envelope for collection and mailing on the date shown below, following our ordinary business practices. I am readily familiar with this business's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

    I am a resident or employed in the county where the mailing occurred. The envelope or package was placed in the mail at Sherman Oaks, California.

    c. \_\_\_ **By overnight delivery.** I enclosed the documents on the date shown below in an envelope or package provided by an overnight delivery carrier and addressed to the person at the addresses in item 4. I placed the envelope or package for collection and overnight delivery at an office or a regularly utilized drop box of the overnight delivery carrier.

|   |   |   |
|---|---|---|
| d. | ___ | **By messenger service.** I served the documents on the date shown below by placing them in an envelope or package addressed to the person on the addresses listed in item 4 and providing them to a professional messenger service for service. |
| e. | ___ | **By fax transmission.** Based on an agreement of the parties to accept service by fax transmission, I faxed the documents on the date shown below to the fax numbers of the persons listed in item 4. No error was reported by the fax machine that I used. A copy of the fax transmission, which I printed out, is attached to my file copy. |
| f. | ___ | **By e-mail or electronic transmission.** Based on an agreement of the parties to accept service by e-mail or electronic transmission, I caused the documents to be sent on the date shown below to the e-mail addresses of the persons listed in item 4. I did not receive within a reasonable time after the transmission any electronic message or other indication that the transmission was unsuccessful. |

6. I served the documents by the means described in item 5 on *(date)*: (see below)

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

9/29/14
_____  _____  _____
DATE                  MICHELE SCHEE          (SIGNATURE OF DECLARANT)
                      (TYPE OR PRINT NAME)

### DECLARATION OF MESSENGER

___ **By personal service.** I personally delivered the envelope or package received from the declarant above to the persons at the addresses listed in item 4. I delivered the documents on the date shown below to the persons at the addresses listed in item 4. (1) For a party represented by an attorney, delivery was made to the attorney or at the attorney's office by leaving the documents in an envelope or package, which was clearly labeled to identify the attorney being served, with a receptionist or an individual in charge of the office. (2) For a party, delivery was made to the party or by leaving the documents at the party's residence between the hours of eight in the morning and six in the evening with some person not less than 18 years of age.

At the time of service, I was at least 18 years of age. I am not a party to the above referenced legal proceeding.

I served the envelope or package, as stated above, on *(date)*:

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

_____  _____  _____
DATE                  (TYPE OR PRINT NAME)   (SIGNATURE OF DECLARANT)

I:\26000-000\26411\Pleadings\FEDERAL\CERT & NTC INT PARTIES.docx

- 4 -

LOWE'S HOME CENTERS, LLC'S CERTIFICATION AND NOTICE OF INTERESTED PARTIES

Buchanan v. Lowe's.
Case No.

THARPE & HOWELL, LLP
15250 Ventura Boulevard, Ninth Floor
Sherman Oaks, California 91403-3221